Rev. Roy JONES, et al.,
Plaintiffs-Appellants,

Rose Wilson, individually and as representative of the Black and Mexican-American Voters of Lubbock, Texas, Plaintiff-Intervenor-Appellant,

v.

The CITY OF LUBBOCK, et al.,
Defendants-Appellees.

No. 79-2744.

United States Court of Appeals,
Fifth Circuit.

Unit A

Aug. 13, 1982.

William L. Garrett, Dallas, Tex., Daniel H. Benson, Lubbock, Tex., Robert P. Davidow, George Mason Univ., Arlington, Va., Albert Perez, Mark C. Hall, Lane Arthur, Lubbock, Tex., for plaintiffs-appellants.

James P. Brewster, Trial Atty., Dennis W. McGill, Travis D. Shelton, Lubbock, Tex., for defendants-appellees.

ON REHEARING

Before GOLDBERG, POLITZ and JOHNSON, Circuit Judges.

PER CURIAM:

On appeal, 640 F.2d 777 (5th Cir. 1981), we reversed and remanded for reconsideration in light of the Supreme Court's intervening decision in *City of Mobile v. Bolden*, 446 U.S. 55, 100 S.Ct. 1490, 64 L.Ed.2d 47 (1980). Shortly thereafter the Supreme Court granted certiorari in *Rogers v. Lodge* and we recalled and have withheld our mandate. That case has now been decided, —— U.S. ——, 102 S.Ct. 3272, 72 L.Ed.2d 1012 (1982). Consistent therewith, *sua sponte*, we grant rehearing and supplement our opinion to instruct the district court, in its re-examination, to give appropriate consideration to the teachings contained in *Rogers v. Lodge*.

REVERSED and REMANDED.